# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00162-CV

### J. H., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 315,728-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. H. filed her notice of appeal on March 31, 2021. The appellate record was complete on April 8, 2021, making appellant's brief due on April 28, 2021. On April 28, 2021, counsel for appellant filed a motion for extension of time to file appellant's brief requesting a new deadline of May 10, 2021. On May 11, 2021, counsel for appellant filed a second motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we dismiss as moot appellant's first motion for extension of time, grant appellant's second motion for extension of time, and order Natalie N. Fowler to file

appellant's brief no later than May 17, 2021.  If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on May 12, 2021.


Before Justices Goodwin, Triana, and Kelly